IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF


        v.              Civil No. 11-5173


CARRIE HOLMES                                               DEFENDANT


## JUDGMENT

Now on this 18th day of July, 2012, for reasons set forth in an Order of even date herewith, the Court enters judgment against defendant Carrie Holmes and in favor of the United States of America, in the sum of One Hundred Four Thousand Nine Hundred Twenty-Two and 2/100 Dollars ($104,922.02), with interest thereon until paid at the rate of .20% per annum, for all of which execution may issue.

**IT IS SO ORDERED.**

                                    __/s/ Jimm Larry Hendren___
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE